FILED
2020 Oct-08  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **JOSE ALFREDO REYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No.:  4:20-cv-524-LCB-JHE** |
| | ) | |
| **CHAD F. WOLF,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Petitioner Alfredo Reyes, a detainee at the Etowah County Detention Center in Gadsden, Alabama, has petitioned the Court under 28 U.S.C. § 2241 for a writ of habeas corpus. (Doc. 1). On August 21, 2020, U.S. Magistrate Judge John H. England, III issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court deny Reyes's petition as premature and dismiss the action without prejudice. (Doc. 12). No party has objected to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The unchallenged portions of the Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 12) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. Reyes's Petition (Doc. 1) is **DENIED,** and the action is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this October 8, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE